IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIRAGE CONSULTING LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-0424 |
| | § | |
| FIRST CAPITAL INTERNATIONAL, INC., | § | |
| and ALEX GENIN, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was transferred from the Southern District of New York to this district in January 2010, on the joint request of the parties. An order issued from this court on February 11, 2010, ordering counsel to appear for an initial conference on March 26, 2010. On March 11, 2010, a notice of resetting informed counsel that the conference was reset to April 1, 2010. Counsel for the defendant appeared; counsel for the plaintiff did not. The record shows no communication with the court by counsel for the plaintiff and no compliance with this court's order. This case is dismissed, without prejudice, for failure to prosecute.

SIGNED on April 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge